UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Fred Johnson,

      Plaintiff,

    v.

Nancy A. Berryhill, Acting Commissioner
of Social Security,

      Defendant.

Case No. 16-cv-2381 (WMW/LIB)

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

---

This matter is before the Court on the June 6, 2017 Report and Recommendation

of United States Magistrate Judge Leo I. Brisbois.  (Dkt. 18.)  No objections to the Report

and Recommendation were filed.  In the absence of timely objections, the Court reviews

a Report and Recommendation for clear error.  *See* Fed. R. Civ. P. 72(b) advisory

committee's note ("When no timely objection is filed, the court need only satisfy itself

that there is no clear error on the face of the record in order to accept the

recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Having reviewed the Report and Recommendation, the Court finds no clear error and

adopts the Report and Recommendation.

## ORDER

Based on the Report and Recommendation and all the files, records and

proceedings herein, **IT IS HEREBY ORDERED**:

    1.  The June 6, 2017 Report and Recommendation, (Dkt. 18), is **ADOPTED**.

    2.  Plaintiff's motion for summary judgment, (Dkt. 12), is **DENIED**.

3. Defendant's motion for summary judgment, (Dkt. 15), is **GRANTED**.

4. Plaintiff's complaint, (Dkt. 1), is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  August 9, 2017                                        s/Wilhelmina M. Wright
                                                             Wilhelmina M. Wright
                                                             United States District Judge